2:21-cv-02318-JES  # 9  Page 1 of 7

E-FILED
Wednesday, 16 February, 2022  04:35:32 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 16 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

02-13-22

To whom it may concern;

My name is Sean W. Welch. I have been moved to Kankakee County Jail. My inmate number is 517240! I moved from Macon County. I would like to inform you also that I have 4 documents enclosed with this letter that I would greatly appreciate entered in lawsuit. ① is that I got my first COVID shot on 12-02-21 by Tomika Rehmann and my second dose on 02-01-22 by Kedra Emmerling. But on 02-07-22 Nurse Kedra brought my CDC card and said Tomika Rehmann filled it out. She falseified a federal document. On the card it states 1st 12-15-21, 2nd 02-01-22. When I asked why they said because she (Tomika Rehmann) was trying to cover her butt because they shots weren't given in time frame. Either way she lied & falseified a federal document. ② Then Tomika Rehmann also gave me another inmates info on a Medical Submission form on the back ad mine. Thats against the law also. I should not have his USMS# his DOB & what he was being seen for! ③ Then the final thing is Macon County Sheriff Office Sgt. Flannery gave me someones intake info. D.O.B., D.L.#, address, his mes# When I showed Sheriff Root he tried to take and rip away from me! That's why it's torn! Macon County Sheriff needs to be held accountable for All their actions.

Sincerly,

Sean W. Welch

Sean W. Welch #517240
Kankakee County
3050 S. Justice Way
Kankakee, IL. 60901

2:21-cv-02318-JES

# COVID-19 Vaccination Record Card

Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.

Last Name: Welch   First Name: Sean   MI:

Date of birth: 1.3.75   Patient number (medical record or IIS record number):

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | 064H21A Moderna | 10/15/21 | MCSO |
| 2nd Dose COVID-19 | 064H21A Moderna | 2/1/22 | MCSO |
| Other |  | __/__/__ |  |
| Other |  | __/__/__ |  |

217-424-1341
Visitation

Commisary Tue 10pm

312-952-3894

7-12

12-2pm lock-up

2-10 pm

UNCLASSIFIED//FOR OFFICIAL USE ONLY



**U.S. Department of Justice**
United States Marshals Service

# Medical Submission | MED-22-18550 | Approved

Date Created: 12/07/2021
Date Completed: 12/07/2021

## PRISONER DETAILS

| Name | USMS # | Date of Birth | Facility Name |
|---|---|---|---|
| CHILDRESS, TRAVIS | 68845-509 | 12/22/1972 | MACON COUNTY JAIL |

## POINT OF CONTACT

| Title | Name | Type of Contact | Phone Number | Ext. | Email Address |
|---|---|---|---|---|---|
|  | REHMANN, TOMIKA | Medical | (217) 425-5921 |  | maconcoil.admin@qcncweb.net |

## SUBMISSION INFORMATION

**Medical**

**Speciality**
Radiology

**Service**
Ultrasound, to evaluate pain or clinical symptoms, documented by a health care provider

## DISPOSITION

**Disposition**
Approved

Fax
217-464-4041

The United States Marshals Service collects the information on this report to assist in providing medical care for individuals in USMS custody. [illegible fine print]

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
**United States Marshals Service**

**Medical Submission | MED-22-15080 | Approved**
Date Created: 11/24/2021
Date Completed: 11/26/2021

## PRISONER DETAILS

**Name**
WELCH, SEAN

**Date of Birth**
01/02/1975

**Facility Name**
MACON COUNTY JAIL

## POINT OF CONTACT

| Title | Name | Phone Number | Ext. | Email Address |
|---|---|---|---|---|
| | REHMANN, | (217) ___ ____ | | Maconcoil.admin@qchcweb.net |

*[handwritten note overlaid: "Call 12/3/21 to follow up too ____"]*

## SUBMISSION INFORMATION

### Medical

| Speciality | Service | Other Services Requested |
|---|---|---|
| Oncology | Other (explain in remarks) | Referral due to lung nodules |

### Comments

| Created By | Title | Date |
|---|---|---|
| HALE, DANIELLE | District | 11/24/2021 |

**Comment**
Chief Hamilton is familiar with this case. Very to little medical records. This is what the jail medical staff has on hand.

## DISPOSITION

**Disposition**
Approved

**Notes**
The request is approved for Pulmonology consult only at this time. If further testing, treatment, or surgery is required, please enter another submission with supporting objective medical documentation/notes, lab results, x-rays, diagrams, proposed treatment plan, etc. for review by MMB prior to care. Thank you.

The United States Marshals Service collects the information on this report to assist in providing medical care for individuals in USMS custody. The authority for collecting this information is stated in 28 C.F.R. § 0.111 (j), (k) and 28 U.S.C. § 566, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4042, 4241 and 5341 – 8th Amendment to the Constitution. You may only disseminate this information within USMS to those Agency employees who have a need to know the information in connection with official duties. In addition, you should not disclose medical information outside the USMS without the consent of the prisoner himself or herself, or by a court order, unless it is necessary to assist in prisoner medical care. Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Captive/Prisoner Management System of Records Notice.

Page 1 of 2

# Prisoner in Transit Medical Summary

**U.S. Department of Justice**
**United States Marshals Service**

## 1. IDENTIFYING INFORMATION

- Name (Last, First, MI): Welch, Sean
- Gender: [x] M [ ] F
- DOB: 1-31-75
- USMS #:
- Departure Date:
- Departed From:

## 2. TUBERCULOSIS SCREENING

Tuberculosis Skin Test (TST) / PPD:
- Date Placed: 10/26/21
- Date Read: 10/28/21
- Size in mm: 0mm

Tuberculosis Blood Test / IGRA (if applicable):
- [ ] Positive [ ] Negative Date:
- [ ] Indeterminate / Borderline

Chest x-ray done within past year (if indicated):
- Date:
- Results:

Prisoner is cleared for transfer: [ ] NO [x] YES

## 3. CURRENT MEDICAL ISSUES

Check all that apply to the prisoner and explain in the comments section:
- [ ] Hospitalizations within past month
- [ ] Seizure activity within past month
- [ ] Seizure disorder requiring medications
- [ ] Limited mobility (crutches, wheelchair)
- [ ] Has hard or air cast, splint or brace
- [ ] Prescription narcotic pain medications dispensed for travel
- [ ] Suicide watch/psychiatric decompensation within past month
- [ ] Contagious illness or quarantine within past month
- [ ] Cardiac chest pain within past month
- [ ] Stroke within past month
- [ ] Surgery within past month
- [ ] Diabetes requiring insulin or other medications

FEMALE PRISONERS: Is prisoner pregnant? [ ] NO [ ] YES If yes, how many weeks?

## 4. SICKLE CELL SCREENING

Prisoner has a history of (check appropriate box):
- [ ] Sickle Cell Disease [ ] Sickle Cell Trait
- [x] No History of Disease or Trait

If prisoner has disease or trait and is traveling by air, has JPATS Sickle Cell Protocol and Clearance been completed? [ ] NO [ ] YES

Attach clearance to transfer summary

## 5. LIST ALLERGIES (include drugs, foods, latex, etc.):
NKDA

## 6a. CURRENT MEDICAL DIAGNOSIS / 6b. MEDICATIONS DISPENSED WITH PRISONER FOR TRANSPORT

| 6a. Current Medical Diagnosis | 6b. Medications Dispensed with Prisoner for Transport |
|---|---|
| Migraine | Albuterol HFA 2p q 4° PRN |
| GERD | Gabapentin 400mg TID |
| Pain | Ibuprofen 400mg BID |
| SOB | Omeprazole 20mg BID |
|  | Rizatriptan 10mg BID |

## 7. OTHER COMMENTS

## 8. COVID SCREENING, TESTING, AND VACCINATIONS

### PRE-DEPARTURE COVID-19 SCREENING (Required)

- Temperature:
- Date/Time:
- [ ] Fever/chills
- [ ] New body or muscle aches
- [ ] New loss of smell or taste
- [ ] New nausea or diarrhea
- [ ] New cough or difficulty breathing
- [ ] New sore throat or congestion
- [ ] New headache

### PRE-DEPARTURE COVID-19 TESTING

- Type (or Name) of Test:
- Test Date: Test Result: [ ] NEG [ ] POS
- [ ] Symptomatic (all cleared/improved) [ ] Never symptomatic
- Date Cleared from Isolation:
- [ ] 14-day Pre-Departure Quarantine Completed (if required)

### COVID-19 VACCINATION

| Vaccine | 1st dose (date) | 2nd dose (date) | Booster (opt.) (date) |
|---|---|---|---|
| [x] Moderna | 12/2/21 | 2/1/22 | |
| [ ] Pfizer | | | |
| [ ] Janssen (J&J) | | N/A | |
| [ ] Unvaccinated | | | |

### ADDITIONAL COVID COMMENTS
+ Covid 11-2021

## CERTIFYING HEALTH AUTHORITY - THIS PRISONER IS MEDICALLY CLEARED FOR TRAVEL.

- Name (Print): Kedra Enmerling
- Title: LPN
- Signature: [signed]
- Date: 11/16/21
- Phone Number: 217-425-5921

Page 1 of 2

Form USM-553
Rev. 09/2021

# Prisoner in Transit Medical Summary

**U.S. Department of Justice**
**United States Marshals Service**

### 1: IDENTIFYING INFORMATION
- Name (Last, First, MI): Welch, Sean
- Gender: ☒ M ☐ F
- DOB: 1-31-75
- USMS #:
- Departure Date:
- Departed From:

### 2. TUBERCULOSIS SCREENING
Tuberculosis Skin Test (TST) / PPD:
- Date Placed: 10/26/21
- Date Read: 10/28/21
- Size in mm: 0mm

Tuberculosis Blood Test / IGRA (if applicable):
☐ Positive ☐ Negative Date:
☐ Indeterminate / Borderline

Chest x-ray done within past year (if indicated):
Date: Results:

Prisoner is cleared for transfer: ☐ NO ☒ YES

### 3. CURRENT MEDICAL ISSUES
Check all that apply to the prisoner and explain in the comments section:
- ☐ Hospitalizations within past month
- ☐ Seizure activity within past month
- ☐ Seizure disorder requiring medications
- ☐ Limited mobility (crutches, wheelchair)
- ☐ Has hard or air cast, splint or brace
- ☐ Prescription narcotic pain medications dispensed for travel
- ☐ Suicide watch/psychiatric decompensation within past month
- ☐ Contagious illness or quarantine within past month
- ☐ Cardiac chest pain within past month
- ☐ Stroke within past month
- ☐ Surgery within past month
- ☐ Diabetes requiring insulin or other medications

FEMALE PRISONERS: Is prisoner pregnant? ☐ NO ☐ YES If yes, how many weeks?

### 4. SICKLE CELL SCREENING
Prisoner has a history of (check appropriate box):
☐ Sickle Cell Disease ☐ Sickle Cell Trait
☒ No History of Disease or Trait

If prisoner has disease or trait and is traveling by air, has JPATS Sickle Cell Protocol and Clearance been completed? ☐ NO ☐ YES

Attach clearance to transfer summary

### 5. LIST ALLERGIES (include drugs, foods, latex, etc.):
NKDA

### 6a. CURRENT MEDICAL DIAGNOSIS
### 6b. MEDICATIONS DISPENSED WITH PRISONER FOR TRANSPORT
(Should match medical diagnosis if applicable. Include dosage, route, and frequency.)

### 7. OTHER COMMENTS
(If additional space is needed, write on back, attach separate sheet of paper, or check this box to create a second page: ☐)

### 8. COVID SCREENING, TESTING, AND VACCINATIONS

**PRE-DEPARTURE COVID-19 SCREENING (Required)**
- Temperature: _____ Date/Time: _____
- ☐ Fever/chills
- ☐ New body or muscle aches
- ☐ New loss of smell or taste
- ☐ New nausea or diarrhea
- ☐ New cough or difficulty breathing
- ☐ New sore throat or congestion
- ☐ New headache

A temperature of ≥100.4°F or "Yes" to any of the above questions, the prisoner is NOT CLEARED for transfer. Prisoner must be assessed and cleared in Section 9 below by the "Certifying Health Authority".

**PRE-DEPARTURE COVID-19 TESTING (Required for USM Testing Hubs)**
- Type (or Name) of Test: _____
- Test Date: _____ Test Result: ☐ NEG ☐ POS

If already tested positive < 90 days from move, no pre-departure test required:
☐ Symptomatic (all cleared/improved) ☐ Never symptomatic
Date Cleared from Isolation: _____
☐ 14-day Pre-Departure Quarantine Completed (if required)

Prisoners refusing testing at one of the USM testing hubs must be placed in a 14-day single cell quarantine. All information should be fully documented in comments.

**COVID-19 VACCINATION (Selection required)**

| Vaccine | 1st dose (date) | 2nd dose (date) | Booster (opt.) (date) |
|---|---|---|---|
| ☐ Moderna | | | |
| ☐ Pfizer | | | |
| ☐ Janssen (J&J) | | N/A | |
| ☐ Unvaccinated (refused OR vaccine unavailable) | | | |

NOTE: If vaccination started, all series required doses must be completed prior to movement!

**ADDITIONAL COVID COMMENTS**
+ Covid 11-2021

### 9. CERTIFYING HEALTH AUTHORITY - THIS PRISONER IS MEDICALLY CLEARED FOR TRAVEL.
- Name (Print): C. Enverling
- Title: LPN
- Signature: C. Enverling
- Date: 11/16/21
- Phone Number: 217-425-5921

Page 1 of 2

Form USM-553
Rev. 09/2021

SEAN W. WELCH #S17240
Kankakee County
3050 S. Justice Way
Kankakee, IL. 60901

CHAMPAIGN IL 618
14 FEB 2022 PM 5 L

United States District Court
Central District of Illinois
Office of The Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria, IL. [illegible] LEGAL MAIL

LEGAL MAIL