E-FILED
Wednesday, 27 April, 2022  11:29:59 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Sean WELCH,

Plaintiff

vs.

TOMIKA REHMANN
MACON County Sheriff Office
JIM ROOT
~~Bob Barrett~~
~~Allison Ginny~~
Keara Emmerling
Susan Gierman
~~Betas Barrett~~,

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___21-2318___
(*The case number will be assigned by the clerk*)

**FILED**

APR 27 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐    42 U.S.C. §1983 (state, county or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐    Other federal law: _____

☐    Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Sean William Welch

Prison Identification Number: 517240 / 66333-509

Current address: Jerome Combs Detention Center
3050 Justice Way, Kankakee IL. 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Tomika Rehmann

Current Job Title: Health Care Admin.

Current Work Address Macon County Jail
333 S. Franklin St. Decatur, IL. 62523

Defendant #2:

Full Name: Macon County Sheriff Office

Current Job Title: Sheriff Office

Current Work Address 333 S. Franklin St.
Decatur, Il. 62523

Defendant #3:

Full Name: Jim Root

Current Job Title: Sheriff

2

Current Work Address _333 S. Franklin St._
_Decatur, Il. 62523_

Defendant #4:

Full Name: _Kedra Emmerling_

Current Job Title: _Nurse_

Current Work Address _333 S. Franklin St._
_Decatur, Il. 62523_

Defendant #5:

Full Name: _Susan Giermann_

Current Job Title: _LPN_

Current Work Address _333 S. Franklin St._
_Decatur, Il. 62523_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☒        No ☐

If yes, please describe , _Just ammending this case adding_
_true facts! Also how Mrs. Rehmann falsified a CDC Document!_

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1.  Name of Case, Court and Docket Number

    _____

2.  Basic claim made  _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☐    No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

      Yes  ☐    No  ☐

If your answer is no, explain why not  _____

_____

C.  Is the grievance process completed?    Yes  ☐    No  ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence  _____

Date(s) of the occurrence _____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I am submitting new evidence that mrs. Rehmann new that when she put inmate Pittman on our pod he had already contacted the deadly virus covid-19. I was sent to Macon county from Maultrie because I already have lung nodules. This means by her and and the sheriff's officer's putting my life in grave danger by not wear their masks which the officer's and nurse did not do at all. Look at all the videos! Then I caught the virus and her and the sheriff's office still did not quaritine! We me and my family had to contact the health department in decadur and tell them. The whole pod caught the virus 4 days later. A week later the doctor comes and see's me with nurse kedra. He say's he doesn't even know why I'm here. So Tomika never submitted any of my paperwork. In front of 22 inmates he, and nurse kedra said this. So, medical negligence led to me getting and almost dying! Now, I have long Covid-19. I'm on numerous medications because she and the staff didn't want to do there job. Mr. Jim Root was told about his staff not wear

5

masks. He came to see me when I was on hunger strike. They still ~~sti~~ didn't wear them! Because of his negligence and Mrs. Rehmann her staff which she talked about in front inmate Summer's and inmate Amaya. That is breaking hippa law! Mrs. Rehmann Also forged my shot (cdc) which is a federal document!

RELIEF REQUESTED

(State what relief you want from the court.)

I would like Mrs. Rehmann to lose her ability

serve anyone in the health field because she has nobodies health's interest but her own monitery gain! Jim Root to lose his job with his S/o's thed followed him Sgt. Slammer, etc. I have had mental and emotional stress now for the the rest of my life. 10 million in compensation and Macon County Jail needs to be eternally restanded all personel Also, I would like for it to be noted that when my Psi/PSR was done mrs. Rehmann lied to a federal employee by saying that she had no records. She has had all my Mayo, clod records!

JURY DEMAND          Yes ☒          No ☐

Signed this _____24_____ day of _____APRIL_____, 20_22_.

_Sean W. Welch_

( Signature of Plaintiff)

| Name of Plaintiff:<br>_Sean W. Welch_ | Inmate Identification Number:<br>517840 / 66333-509 |
|---|---|
| Address: Jerome Combs Detention ceter<br>3050 Justice way<br>Kankakee, IL, 60901 | Telephone Number:<br>312-952-3894 |

8